against Claude L. Wheeler. No opinion. Motion denied, without costs.

JOHNSON et al. v. NEIDLINGER. (Supreme Court, Appellate Division, Fourth Department. December 29, 1911.) Action by Edgar D. Johnson and another against Henry T. Neidlinger.

PER CURIAM. Judgment modified, by increasing it by the sum of $1,722.45, with interest from January 1, 1909, and, as so modified, affirmed, with costs of this appeal to plaintiffs.

KRUSE, J., dissents, and votes for reversal.

JOHNSON, Appellant, v. TOWN OF FRANKFORT, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 29, 1911.) Action by Catherine Johnson against the Town of Frankfort. No opinion. Judgment and order affirmed, with costs.

JOHNSON–KAHN CO. v. THOMPSON et al. (Supreme Court, Appellate Division, First Department. January 12, 1912.) Action by Johnson-Kahn Company against Henry S. Thompson and others. No opinion. Appeal withdrawn. See, also, 73 Misc. Rep. 103, 130 N. Y. Supp. 216.

JOHNSTONE, Respondent, v. FLINT et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by Robert L. Johnstone against Charles R. Flint and others. No opinion. Order affirmed, with $10 costs and disbursements.

KAHALY, Respondent, v. MEYER, Appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1911.) Action by Gabrielle Kahaly against Andrew Meyer. No opinion. Motion for reargument denied, without costs. For former decision, see 131 N. Y. Supp. 1122.

KEENER, Appellant, v. KIDD, Respondent. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by Charles Keener against Willett Kidd.

PER CURIAM. Judgment of the County Court of Orange county (71 Misc. Rep. 321, 130 N. Y. Supp. 207) reversed, and judgment of the Justice's Court in the city of Middletown affirmed, with costs to the appellant in this court, on the ground that the circumstances under which the sum of $25 was paid to the defendant constituted legal duress against the plaintiff.

KEMPNER, Appellant, v. BARRONECHEA, Respondent. (Supreme Court, Appellate Division, First Department. December 8, 1911.) Action by Emma Kempner, individually, etc., against Leopold Barronechea. L. J. Morrison, for appellant. H. Humiston, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KERBY v. MANHATTAN COLLEGE. (Supreme Court, Appellate Division, First Department. January 12, 1912.) Action by John E. Kerby against the Manhattan College. With this case have been consolidated in this court cases bearing titles as follows: Algernon S. Norton v. Louisa Renz; John M. Murphy v. James W. Patterson; Michael McNamara v. John C. Rodgers; Benjamin Freibaum v. James C. Brady; Annie Hirschfield v. Keith & Proctors Co.; Mary M. Gibson v. Emil A. Widman. No opinions. Motions granted, with $10 costs. Orders filed.

KEYES & MARSHALL v. TRUSTEES OF CANTON COLLEGE. BANKERS' SURETY CO. v. MEYER. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Actions by Keyes & Marshall against the Trustees of Canton College and by the Bankers' Surety Company against Christian D. Meyer. No opinions. Motions granted and questions certified. Orders filed. See, also, 131 N. Y. Supp. 527, 857.

KINNEY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 29, 1911.) Action by John W. Kinney against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide avent. Held, that the verdict is contrary to and against the weight of the evidence.

McLENNAN, P. J., and KRUSE, J., concur in result, upon the ground that defendant was not shown guilty of actionable negligence, nor the plaintiff free from contributory negligence.

KLEIN, Respondent, v. BROOKLYN MAJESTIC THEATRE CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1911.) Action by Marie Klein against the Brooklyn Majestic Theatre Company. No opinion. Motion granted, without costs.

KNABE, Respondent, v. CATLIN & POWELL CO., Appellant. (Supreme Court, Appellate Division, First Department. January 12, 1912.) Action by Ernest J. Knabe, Jr., against the Catlin & Powell Company. H. E. Parker, for appellant. S. F. Moran, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Order filed.

KNICKERBOCKER TRUST CO. v. ONEONTA, C. & R. S. RY. CO. et al. In re LOUNSBURY'S ESTATE. (Supreme Court, Appellate Division, Third Department. January 12, 1912.) Action by the Knickerbocker Trust Company, as trustee, against the Oneonta, Cooperstown & Richfield Springs Railway Company and others. In the matter of the appeal by the executors of the estate of John W. Lounsbury, deceased. No opinions. Motions to